# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNSON HERBERT,<br><br>    Petitioner,<br><br>vs.<br><br>DEBRA DEXTER,<br><br>    Respondent. | Case No.  CV 09-270-PA (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: June 8, 2009

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE